## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MR. JOHN RICHARD JAE,

_____

_____

_____

**Name of Plaintiff(s)**

v.

WEXFORD HEALTH SERVICES INC,

_____

_____

**Name of Defendant(s)**

**1: CV  00-1534**

**Civil Case No.**

_____

**Judge**

**(Number and Judge to be assigned by court)**

FILED
SCRANTON

AUG 28 2000

PER ____M____
DEPUTY CLERK

### APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ____√____    I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. ____√____    I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?    Yes __√__    No _____

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes __√__    No _____

Case 1:00-cv-01534-SHR   Document 2   Filed 08/28/2000   Page 2 of 5

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE   6/20/2000
REMOTE PRINT TIME 12:58            FROM PURGE FILE            PAGE         1
```

| INMATE | NAME | | | | |
|--------|------|--|--|--|--|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| BQ3219 | JAE | | JOHN | R | -283.00 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|--|-------------------------|--------------------|---------------------------|
| 4820 | 01-05-2000 | 37 | POSTAGE 12/99 | -.77 | -283.77 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -3.20 | -286.97 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -1.87 | -288.84 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -1.65 | -290.49 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -2.09 | -292.58 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -.88 | -293.46 |
| 4950 | 01-24-2000 | 37 | POSTAGE 1/24/00 | -.77 | -294.23 |
| 5066 | 02-09-2000 | 37 | POSTAGE 2/9/00 | -4.30 | -298.53 |
| 5066 | 02-09-2000 | 37 | POSTAGE 2/9/00 | -2.53 | -301.06 |
| 5202 | 02-29-2000 | 41 | MEDICAL MEDICAL SERVICES | -8.00 | -309.06 |
| 5244 | 03-06-2000 | 37 | POSTAGE 3/3/00 | -2.53 | -311.59 |
| 5321 | 03-21-2000 | 41 | MEDICAL MEDICAL SERVICES | -6.00 | -317.59 |
| 5352 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -321.89 |
| 5352 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -326.19 |
| 5358 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -330.49 |
| 5358 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -334.79 |
| 5371 | 03-27-2000 | 14 | MISCELLANEOUS REFUND FOR MEDICAL SERVICE | 2.00 | -332.79 |

```
                BALANCE AFTER THESE TRANSACTIONS------>        -332.79
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING       DATE  6/20/2000
REMOTE PRINT TIME 12:58             FROM ACTIVE FILE          PAGE       1
```

| INMATE | NAME | | | | |
|--------|------|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| BQ3219 | JAE | | JOHN | R | -332.79 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|----|-------------------------|--------------------|---------------------------|
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -1.87 | -334.66 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.75 | -337.41 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.09 | -339.50 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -340.49 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -341.48 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -342.47 |
| 5516 | 04-20-2000 | 41 | MEDICAL MEDICAL SERVICES | -2.00 | -344.47 |
| 5521 | 04-25-2000 | 38 | INSIDE PURCHASES LIBRARY BOOK | -2.00 | -346.47 |
| 5601 | 04-26-2000 | 14 | MISCELLANEOUS POSTAGE REFUND-MARCH | 4.30 | -342.17 |
| 5689 | 05-05-2000 | 37 | POSTAGE 05/05/00 | -3.20 | -345.37 |
| 5738 | 05-12-2000 | 37 | POSTAGE POSTAGE DONE 5-11-00 | -.55 | -345.92 |
| 5738 | 05-12-2000 | 37 | POSTAGE POSTAGE DONE 5-11-00 | -.55 | -346.47 |
| 5765 | 05-17-2000 | 37 | POSTAGE 5/17/00 | -3.20 | -349.67 |
| 5847 | 05-31-2000 | 37 | POSTAGE 5/31/00 | -1.21 | -350.88 |
| 5873 | 06-02-2000 | 37 | POSTAGE 6/2/00 | -2.31 | -353.19 |
| 5875 | 06-05-2000 | 37 | POSTAGE 6/5/00 | -6.50 | -359.69 |
| 5830 | 06-07-2000 | 41 | MEDICAL MEDICAL SERVICES | -6.00 | -365.69 |
| 0 | 06-15-2000 | 92 | TRANSFER OUT CAMP HILL | | |
| 0 | 06-15-2000 | 91 | TRANSFER IN WAYMART | | |
| 449 | 06-15-2000 | 37 | POSTAGE | -4.30 | -369.99 |
| 449 | 06-15-2000 | 37 | POSTAGE | -1.87 | -371.86 |
| 449 | 06-15-2000 | 37 | POSTAGE | -.77 | -372.63 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>      -372.63
```

PAGE    1                     INMATE ACCOUNTS SYSTEM                    07-31-2000
D-B-1003                                                                    839C

        INMATE    NAME
        NUMBER    LAST            FIRST          MI              OLD BALANCE
        BQ3219    JAE             JOHN           R                 -381.43

BATCH      DATE
  #     MO DY YEAR      TRANSACTION DESCRIPTION        TRANSACTION  BALANCE AFTER
                                                         AMOUNT      TRANSACTION

    0   07-19-2000  92  TRANSFER OUT
                        WAYMART
    0   07-21-2000  91  TRANSFER IN
                        CAMP HILL
 6202   07-24-2000  41  MEDICAL
                        MEDICAL SERVICES                  -8.00       -389.43
 6202   07-26-2000  37  POSTAGE
                        MEDICAL SERVICES                  -2.00       -391.43


            NEW BALANCE AS OF THIS STATEMENT --------------------->     -391.43

(b) **Please explain in detail why you are under imminent danger of serious physical injury:** Because of the strain and wear and tear on and the deterating condition of my Eye Vision/Eyes, which is shown by blurred vision, headaches & eye pain I am experiencing now & have exp for the past 3 months here and what could amount to irreversible damage on my eyes/vision as a direct result of Defendants illegal refusal to have my Eye glasses repaired and I could go Blind from such.

4. (a) **Are you presently employed at the Institution? Yes _____ No ✗**

   (b) **If yes, what is your monthly compensation? $ N/A**

5. **Do you own any cash or other property; have a bank account; or receive money from any source? Yes _____ No ✗**

   **If the answer is "yes" to any of the above, describe each source and the amount involved.**

   N/A

**I certify under penalty of perjury that the foregoing is true and correct**

Executed on _17th AUGUST 2000_
(Date)

(s) _John Richard Joe_
(Signature of Plaintiff and Pro Se)

**This certification is executed pursuant to Title 28, United States Code, Section 1746.**

2