FILED
SCRANTON

SEP 5 2000

PER _____ AFFIDAVIT
DEPUTY CLERK

J. RAMBO

MJ Snyder

COMMONWEALTH OF PENNSYLVANIA          Civil Action No. 1:00-CV-01534
COUNTY OF CUMBERLAND

Personally appeared before me, a Notary Public in and for said
County and Commonwealth, Ben C. Livingood, Corrections
Superintendent Assistant at the State Correctional Institution at
Camp Hill who, being duly sworn according to law, deposes and
states that John Richard Jae, BQ-3219, is currently unemployed.
Inmate Jae was received at the State Correctional Institution at
Camp Hill on October 14, 1998.  A copy of his account statement
is attached.

By this affidavit he swears that the facts set forth are true and
correct to the best of his knowledge, information, and belief.


Ben C. Livingood
Corrections Superintendent Assistant


Sworn and subscribed before me

this _31st_ day of _August_, 2000.

Priscilla E. Sonntag
Notary

My Commission expires: October 6, 2002

NOTARIAL SEAL
PRISCILLA E. SONNTAG, Notary Public
Camp Hill, Cumberland County
My Commission Expires Oct. 6, 2002

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  8/31/2000
REMOTE PRINT TIME 12:58           FROM ACTIVE FILE           PAGE        1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BQ3219 | JAE | JOHN | R | -373.18 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 0 | 07-05-2000 | 92 | TRANSFER OUT CAMP HILL | | |
| 0 | 07-05-2000 | 91 | TRANSFER IN WAYMART | | |
| 574 | 07-06-2000 | 37 | POSTAGE | -1.21 | -374.39 |
| 574 | 07-06-2000 | 37 | POSTAGE | -.55 | -374.94 |
| 574 | 07-06-2000 | 37 | POSTAGE | -.55 | -375.49 |
| 574 | 07-06-2000 | 37 | POSTAGE | -1.43 | -376.92 |
| 574 | 07-06-2000 | 37 | POSTAGE | -.77 | -377.69 |

| | BQ3219 | JAE | JOHN | R | |
|---|---|---|---|---|---|

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 6502 | 08-30-2000 | 41 | MEDICAL MEDICAL SERVICES | -6.00 | -425.46 |

```
                 BALANCE AFTER THESE TRANSACTIONS------>    -425.46
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE  8/31/2000
REMOTE PRINT TIME 12:58             FROM PURGE FILE            PAGE         2
```

```
     INMATE    NAME
     NUMBER    LAST            FIRST          MI
     BQ3219    JAE             JOHN            R
```

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 484 | 06-21-2000 37 | POSTAGE | -.55 | -373.18 |
| 0 | 06-21-2000 92 | TRANSFER OUT WAYMART | | |
| 0 | 06-21-2000 91 | TRANSFER IN CAMP HILL | | |

```
                    BALANCE AFTER THESE TRANSACTIONS------>     -373.18
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING       DATE  8/31/2000
REMOTE PRINT TIME 12:58             FROM PURGE FILE           PAGE        1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BQ3219 | JAE | JOHN | R | -332.79 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -1.87 | -334.66 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.75 | -337.41 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.09 | -339.50 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -340.49 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -341.48 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -342.47 |
| 5516 | 04-20-2000 | 41 | MEDICAL MEDICAL SERVICES | -2.00 | -344.47 |
| 5521 | 04-25-2000 | 38 | INSIDE PURCHASES LIBRARY BOOK | -2.00 | -346.47 |
| 5601 | 04-26-2000 | 14 | MISCELLANEOUS POSTAGE REFUND-MARCH | 4.30 | -342.17 |
| 5689 | 05-05-2000 | 37 | POSTAGE 05/05/00 | -3.20 | -345.37 |
| 5738 | 05-12-2000 | 37 | POSTAGE POSTAGE DONE 5-11-00 | -.55 | -345.92 |
| 5738 | 05-12-2000 | 37 | POSTAGE POSTAGE DONE 5-11-00 | -.55 | -346.47 |
| 5765 | 05-17-2000 | 37 | POSTAGE 5/17/00 | -3.20 | -349.67 |
| 5847 | 05-31-2000 | 37 | POSTAGE 5/31/00 | -1.21 | -350.88 |
| 5873 | 06-02-2000 | 37 | POSTAGE 6/2/00 | -2.31 | -353.19 |
| 5875 | 06-05-2000 | 37 | POSTAGE 6/5/00 | -6.50 | -359.69 |
| 5830 | 06-07-2000 | 41 | MEDICAL MEDICAL SERVICES | -6.00 | -365.69 |
| 0 | 06-15-2000 | 92 | TRANSFER OUT CAMP HILL | | |
| 0 | 06-15-2000 | 91 | TRANSFER IN WAYMART | | |
| 449 | 06-15-2000 | 37 | POSTAGE | -4.30 | -369.99 |
| 449 | 06-15-2000 | 37 | POSTAGE | -1.87 | -371.86 |
| 449 | 06-15-2000 | 37 | POSTAGE | -.77 | -372.63 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  8/31/2000
REMOTE PRINT TIME 12:58              FROM PURGE FILE             PAGE         1


     INMATE   NAME
     NUMBER   LAST              FIRST          MI          STARTING BALANCE
     BQ3219   JAE               JOHN           R               -283.00


BATCH      DATE                                       TRANSACTION BALANCE AFTER
  #     MO DY YEAR      TRANSACTION DESCRIPTION          AMOUNT    TRANSACTION

4820   01-05-2000  37  POSTAGE
                       12/99                                -.77      -283.77
4830   01-06-2000  37  POSTAGE
                       1/6/00                             -3.20      -286.97
4830   01-06-2000  37  POSTAGE
                       1/6/00                             -1.87      -288.84
4830   01-06-2000  37  POSTAGE
                       1/6/00                             -1.65      -290.49
4830   01-06-2000  37  POSTAGE
                       1/6/00                             -2.09      -292.58
4830   01-06-2000  37  POSTAGE
                       1/6/00                              -.88      -293.46
4950   01-24-2000  37  POSTAGE
                       1/24/00                             -.77      -294.23
5066   02-09-2000  37  POSTAGE
                       2/9/00                             -4.30      -298.53
5066   02-09-2000  37  POSTAGE
                       2/9/00                             -2.53      -301.06
5202   02-29-2000  41  MEDICAL
                       MEDICAL SERVICES                   -8.00      -309.06
5244   03-06-2000  37  POSTAGE
                       3/3/00                             -2.53      -311.59
5321   03-21-2000  41  MEDICAL
                       MEDICAL SERVICES                   -6.00      -317.59
5352   03-22-2000  37  POSTAGE
                       3/22/00                            -4.30      -321.89
5352   03-22-2000  37  POSTAGE
                       3/22/00                            -4.30      -326.19
5358   03-22-2000  37  POSTAGE
                       3/22/00                            -4.30      -330.49
5358   03-22-2000  37  POSTAGE
                       3/22/00                            -4.30      -334.79
5371   03-27-2000  14  MISCELLANEOUS
                       REFUND FOR MEDICAL SERVICE          2.00      -332.79

                       BALANCE AFTER THESE TRANSACTIONS------>       -332.79
```

WARDEN
SCI - CAMP HILL
P.O.BOX 200
CAMP HILL, PA 17001-0200


RECEIVED
SUPT. SCIC

AUG 3 1 2000

Referred_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


IN RE:                                    :    Civil Action No. 1:00-cv-01534

                                          :
Inmate: John Richard Jae                                **FILED**
                                          :              **SCRANTON**
ID Number:  BQ-3219
                                                         **AUG 2 8 2000**

                                                    PER _____/\____
ADMINISTRATIVE ORDER                                     **DEPUTY CLERK**

     The individual identified above has initiated a civil complaint in the

U.S. District Court for the Middle District of Pennsylvania.  The filing fee

for this action is $150.00.

     Pursuant to the Prison Litigation Reform Act and Standing Order No.

96-1 of this court, the Superintendent/Warden of the institution where this

inmate is incarcerated is directed to furnish the court and the inmate with a

certified copy of the statement for the past six months of the prisoner's

trust fund account (or institutional equivalent).  The Superintendent/Warden

is also directed to remit from the prisoner's account, in monthly

installments, the full $150.00 fee.

     As soon as funds are available in the inmate's prison account, the

Superintendent/Warden shall submit an initial partial payment of 20 percent of

the greater of:

     (1) the average monthly deposits to the inmate's prison account for

the past six months, or

     (2) the average monthly balance in the inmate's prison account for

the past six months.

     The remittance must be accompanied by a statement of the calculations

used to arrive at the amount, a copy of which you shall furnish to the inmate.

     After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full.  Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk.  Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution.  This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: August 28, 2000