UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, : CIVIL NO. **1:00-CV-1534**
:
    Plaintiff : (Judge Rambo)
:
v. : (Magistrate Judge Smyser)
:
WEXFORD HEALTH SERVICES, INC., :
:
    Defendant :

**FILED**
HARRISBURG, PA

SEP 0 8 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

ORDER

Pursuant to the Administrative Order issued August 28, 2000, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).[1]

J. Andrew Smyser
Magistrate Judge

Dated: September __8__, 2000.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

```
               UNITED STATES DISTRICT COURT
                         FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       September 7, 2000
```

Re:   1:00-cv-01534    Jae v. Wexford Health Serv

True and correct copies of the attached were mailed by the clerk to the following:

```
     John Richard Jae
     SCI-CH
     BQ-3219
     P.O. Box 200
     Camp Hill, PA  17001
```

```
cc:
Judge                        ( )
Magistrate Judge             (✓)
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               (✓) with N/C attached to complt. and served by:
                                  U.S. Marshal (✓)    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )    PA Atty Gen ( )
                                       DA of County  ( )    Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 9-8-00                          BY: /s/
                                          Deputy Clerk