# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MR. JOHN RICHARD JAE | CV-00-1534 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Wexford Healthcare Services, Inc. | Service S&C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wexford Health Care Services, Inc., SCI-Camp[Hill]

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Health Care Unit, 2500 Lisburn Road, Camp Hill
P.O. Box 8837

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. John Richard Jae
#BQ-3219
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA 17001-0200

| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve only Between the Hours of: 8:00 AM — 4:00 [PM]
Monday – Friday

FILED
SCRANTON
SEP 19 2000

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
(S) John Richard Jae
TELEPHONE NUMBER: N/A
DATE: 8-17-00
PER DEPUTY CLERK

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  Q. Lanelle | Date 9/11/00 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Wexford
381 Mansfield Ave., Suite 205
Pittsburgh, PA 15220

Date of Service: 9/14/00    Time: am/pm

Signature of U.S. Marshal or Deputy: Q. Lanelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# WAIVER OF SERVICE OF SUMMONS

TO: _John Richard Joe_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Joe_ VS _Wexford_, which is case number _00-1534_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _9-11-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_September 14, 2000_          _Christine R. Byler_
DATE                          SIGNATURE

Printed/typed name: _Christine R. Byler_

Title if any: _Nurse/Paralegal_

Address of Person signing: _Wexford Health Sources, Inc._
_381 Mansfield Ave. Suite 205_
_Pittsburgh, PA 15220_

Party you represent: _Wexford Health Sources, Inc._

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE
  Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

WEXFORD HEALTH SERVICES, INC.,
  Defendant

CASE NUMBER: 1:00-CV-1534
Judge Rambo
Mag. Judge Smyser

TO: (Name and address of defendant)

(see complt.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Richard Jae
SCI-CH
P.O.Box 200
Camp Hill, Pa. 17011

an answer to the complaint which is herewith served upon you, within __(20) Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea
CLERK

September 8, 2000
DATE

*George T. Gardner* (signature)
(BY) DEPUTY CLERK   George T. Gardner