IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE,<br>Plaintiff | : | NO. 1:00-CV-1534 |
| | : | |
| v. | : | CHIEF JUDGE SYLVIA H. RAMBO<br>(MAGISTRATE JUDGE SMYSER) |
| | : | |
| WEXFORD HEALTH SERVICES, INC., | : | CIVIL ACTION - LAW |
| Defendants | : | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA

SEP 25 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Wexford Health Services, Inc., only, in the above-captioned matter.

Respectfully submitted,

LAVERY, FAHERTY,
YOUNG & PATTERSON, P.C.

Date: 9/21/00

By: _____
James D. Young, Esquire
Attorney I.D. #53904
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Attorney for Defendant
Wexford Health Sources, Inc.