From the Desk of:
Mr. John Richard Jae,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370
October 26, 2000

(10)
10/31/00

**FILED**
**HARRISBURG**
OCT 3 0 2000
MARY E. D'ANDREA, CLERK
Per _____
    DEPUTY CLERK

mjsmyser

To: Office of the Clerk,
U.S. District Court,
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

Re: Jae v. Long, et al.,
    Civil No. 1:CV-99-0071
    and
Re: Jae v. Laskey,
    Civil No. 1:CV-99-1610
    and
Re: Jae vs. Tyler, et al.,
    Civil No. 1:CV-00-0315
    and
Re: Jae v. Clark, et al.,
    Civil No. 1:CV-00-1090
    and
Re: Jae v. Wexford Health Services, Inc.,
    Civil No. 1:CV-00-1534

Dear Clerk:

Please correct the record in each of the above-captioned cases to reflect that the Plaintiff's address of record therein each such case is now changed to: Mr. John Richard Jae, #BQ-3219, SCI-Greene/SMU, 175 Progress Drive, Waynesburg, PA. 15370. etc.

Sincerely,

CC: Mr. James D. Young, Esq.        John Richard Jae
    Mr. Robert M. Wolff, Esq., (s)   MR. JOHN RICHARD JAE
    Mr. Michael L. Harvey, Esq.       Plaintiff