ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED HARRISBURG
NOV 13 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | NO. 1:00-CV-1534 |
| Plaintiff | : | |
| | : | CHIEF JUDGE SYLVIA H. RAMBO |
| v. | : | (MAGISTRATE JUDGE SMYSER) |
| | : | |
| WEXFORD HEALTH SERVICES, INC., | : | CIVIL ACTION |
| | : | JURY TRIAL DEMANDED |
| Defendant | : | |

### DEFENDANT WEXFORD HEALTH SERVICES, INC.'S MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS

AND NOW, comes Defendant, Wexford Health Services, Inc., by and through its attorneys, Lavery, Faherty, Young & Patterson, P.C., and files this Motion to Revoke Plaintiff's *In Forma Pauperis* Status and in support thereof, avers as follows:

1. On August 28, 2000, John Richard Jae, a *pro se* prisoner at the State Correctional Institution-Camp Hill (hereinafter, "SCI-Camp Hill"), initiated this civil action by filing a Complaint against Dr. Robert Clark pursuant to 42 U.S.C. § 1983 arising out of the medical care which he received at that facility.

2. By Order dated September 8, 2000, this Honorable Court granted Plaintiff's request to proceed *in forma pauperis* and directed the Clerk of Court to serve Plaintiff's Complaint on the Defendant in accordance with Fed.R.Civ.P. 4.

3. On at least twelve prior occasions, Plaintiff has had federal actions or appeals dismissed as legally frivolous. <u>See</u>, Exhibit "A," documents in support of Motion to Revoke *In Forma Pauperis* Status.

4. During 1998, in two separate cases, this Honorable Court revoked Plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. §1915(g) and then dismissed all three civil actions after Plaintiff failed to pay the filing fee in full. <u>See</u>, Exhibit "B," Documents in Support of Motion to Revoke *In Forma Pauperis* Status.

5. In a Report and Recommendation dated July 19, 2000, Magistrate Judge Smyser granted Defendant's motion to revoke inmate Jae's *in forma pauperis* status in the matter of <u>John Richard Jae v. Dr. Laskey, M.D., Medical Director</u>, Civil No. 1:CV-99-1610. See Exhibit "C", Documents in Support of Motion to Revoke *In Forma Pauperis* Status.

6. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed *in forma pauperis* in this action and should be required to pay the filing fee in full before proceeding any further.

7. Plaintiff's Complaint does not allege any facts establishing that he is in imminent danger of serious physical harm.

WHEREFORE, Defendant, Wexford Health Services, Inc., respectfully requests this Honorable Court grant its Motion to Revoke *In Forma Pauperis* Status and enter the accompanying Court Order.

2

Respectfully submitted,

LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.

Date: 11/12/00

By: *[signature]*
James D. Young, Esquire
Attorney I.D. #53904
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Attorney for Defendant,
Wexford Health Services, Inc.

3

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee of the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this ___13th___ day of November, 2000, I served a true and correct copy of the foregoing MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS via U.S. First Class mail, postage prepaid, addressed as follows:

John Richard Jae **Legal Mail**
Inmate #BQ-3219
SCI-Greene
630 Jefferson Road
Waynesburg, PA  15370

_____
Linda L. Gustin