"Please File In Case"

(16)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
    Plaintiff,

vs.

WEXFORD HEALTH SERVICES, INC.,
    Defendant.

CIVIL No. 1:CV-00-
U.S. District Judge Rambo
Magistrate Judge Smyser

FILED
HARRISBURG

DEC 14 2000

MARY E. D'ANDREA, CLERK
Per _____ 
DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman Unlettered in the Arts & Sciences of Laws & Legal Procedures within the United States & now files this Motion For Enlargement of Time, Herein, & who, avers, deposes & states:

1. That, he is John Richard Jae, the Plaintiff & Pro Se Counsel herein the above-entitled Civil Action & he makes this Motion pursuant Fed. R. Civ. P. 6(b).

2. On or about August 28, 2000, Plaintiff filed his 42 U.S. §1983 Civil Rights Complaint, herein this case.

3. On September 8, 2000, this Court granted Plaintiff leave to Proceed In Forma Pauperis, herein this case.

4. On November 13, 2000, Defendant, thru counsel, filed Motion To Dismiss Plaintiff's Complaint and Motion To Revoke Plaintiff's In Forma Pauperis Status, herein this case, and Defendant's Brief In Support Of Motion To Dismiss Plaintiff's Complaint and Defendant's Brief In Support Of Motion To Revoke Plaintiff's In Forma Pauperis Status, were both filed herein this case, on or about November 28, 2000."

"Plaintiff received his copies of such above Defendant's

5. Due to the facts that this Plaintiff has been busy working on his Brief in Opposition to Corrections Defendants' Supplemental Brief in Support of Motion to Revoke Plaintiff's In Forma Pauperis Status and his Defendant's Response to Plaintiff's Amended Complaint and his Brief in Opposition to Defendant Clark's Motion to Dismiss Plaintiff's Complaint, in Jae vs. Clark, et al., Civil No. 1-CV-00-104, and his Petition for Review, in Jae vs. Horn, et al., No. ___ M.D. 2000 (Pa. Cmwlth. Ct.), and due to the facts that Plaintiff is confined in the SMU at SCI-Greene & this Prison severely limits the number of hours & times that Plaintiff can go to & use the SMU mini Law Library here (usually only once a month for two hours) and the legal materials therein are also extremely limited, the Plaintiff has been unable to do the necessary legal investigation & research which he needs to do first in order to enable him to prepare, file & serve his Briefs in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and his Brief in Opposition to Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status, here in this instant case, on or before the present due date for both of such, herein, of December 15, 2000, thus he requests an enlargement of time of forty-five (45) days from this date, to & including January 25, 2001, in which to file & serve both his Brief in Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint and his Brief in Opposition to Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status, here in this case.

RESPECTFULLY SUBMITTED,

Dated: 11th DECEMBER 2000    (s) John Richard Jae
                                 MR. JOHN RICHARD JAE

Civil No. 1:CV-00-1534
JOE VS. Wexford Health Services, Inc.,

## CERTIFICATE OF SERVICE

I, John Richard Doe, hereby certify that I am this 11th day of December, 2000, serving a true & correct carbon copy of the Plaintiff's Motion for Enlargement of Time, by 1st Class Mail, Postage Prepaid & addressed to:

MR. James D. Young, Esquire
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
Attorneys At Law
P.O. Box 1245
Harrisburg, PA 17108-1245

(S) _____
MR. JOHN RICHARDS
Plaintiff and Pro Se Counsel

Dated/Executed On:
11th December, 2000
At Waynesburg, Pennsylvania