UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:00-CV-1534** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| WEXFORD HEALTH SERVICES, INC., | : | |
| Defendant | : | |

**FILED**
HARRISBURG, PA

DEC 1 9 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

AND NOW, this 19th day of December, 2000, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 16) for an enlargement of time is **GRANTED**. The plaintiff shall file a brief in opposition to the defendant's motion to dismiss and a brief in opposition to the defendant's motion to revoke the plaintiff's *in forma pauperis* status on or before January 25, 2001.

_____
J. Andrew Smyser
Magistrate Judge

Dated: December 19, 2000.

```
             UNITED STATES DISTRICT COURT
                      FOR THE
             MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      December 19, 2000


Re:  1:00-cv-01534    Jae v. Wexford Health Serv


True and correct copies of the attached were mailed by the clerk
to the following:


     John Richard Jae
     SCI-GREENE
     #BQ-3219
     175 Progress Drive
     Waynesburg, PA   15370

     James D. Young, Esq.
     Lavery & Associates, P.C.
     301 Market Street
     P.O. Box 1245
     Suite 800
     Harrisburg, PA   17108-1245




cc:
Judge                          ( )
Magistrate Judge               (/)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
                                              MARY E. D'ANDREA, Clerk
```

DATE: 12/19/00                                    BY: _____
                                                      Deputy Clerk

Case 1:00-cv-01534-SHR   Document 17   Filed 12/19/2000   Page 3 of 3