UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,            :      CIVIL NO. **1:00-CV-1534**
                             :
        Plaintiff            :      (Judge Rambo)
                             :
    v.                       :      (Magistrate Judge Smyser)
                             :
WEXFORD HEALTH SERVICES, INC.,:           **FILED**
                             :       **HARRISBURG, PA**
        Defendant            :
                             :          FEB 2 - 2001

### ORDER

The plaintiff, a state prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on August 28, 2000. By an Order dated September 8, 2000, the plaintiff's application to proceed *in forma pauperis* was granted and the Clerk of Court was directed to serve the plaintiff's complaint in accordance with Fed.R.Civ.P. 4.

On November 13, 2000, the defendant filed a motion to revoke the plaintiff's *in forma pauperis* status and a motion to dismiss the complaint. On November 28, 2000, the defendant filed briefs in support of those motions.

The plaintiff requested and received an extension of time until January 25, 2001 to file a brief in opposition to

the motion to revoke his *in forma pauperis* status and a brief in opposition to the motion to dismiss.

The plaintiff has not filed a brief in opposition to either the motion to revoke his *in forma pauperis* status or a brief in opposition to the motion to dismiss. Rather, on January 29, 2001 the plaintiff filed a second motion for an extension of time to file briefs in opposition to the defendant's motions. The plaintiff is requesting an extension of time until March 25, 2001 to file his briefs. We will deny the plaintiff's request for such an extension.

AND NOW, this 2nd day of February, 2001, **IT IS HEREBY ORDERED** that the plaintiff's second motion (doc. 18) for an enlargement of time to file a brief in opposition to the defendant's motion to dismiss and a brief in opposition to the defendant's motion to revoke his *in forma pauperis* status is **DENIED**.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: February 2, 2001.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 2, 2001

Re:  1:00-cv-01534    Jae v. Wexford Health Serv

True and correct copies of the attached were mailed by the clerk to the following:

```
John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA   15370

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA   17108-1245
```

```
cc:
Judge                             ( )            ( ) Pro Se Law Clerk
Magistrate Judge                  (✓)            ( ) INS
U.S. Marshal                      ( )            ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5               ( )
Order to Show Cause               ( ) with Petition attached & mailed certified mail
                                      to: US Atty Gen  ( )   PA Atty Gen ( )
                                          DA of County ( )   Respondents ( )
Bankruptcy Court                  ( )
Other_____          ( )
```

MARY E. D'ANDREA, Clerk

DATE: 2-2-01                                BY: /s/
                                            Deputy Clerk