IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Judge's Copy**

JOHN RICHARD JAE,
     Plaintiff,

     vs.

WEXFORD HEALTH SERVICES, INC.,
     Defendant.

CIVIL No. 1:CV-00-15

U.S. District Judge Ram
Magistrate Judge Smyse

FILED
HARRISBURG, PA

FEB 16 2001

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

PLAINTIFF'S APPEAL TO THE U.S. DISTRICT JUDGE FROM
THE U.S. MAGISTRATE JUDGE'S ORDER OF February 8, 200_

COMES NOW, the Plaintiff and Pro Se Counsel in th
above-entitled Civil Action, John Richard Jae, as a Layman Unlettered
Arts & Sciences of the Laws & Legal Procedures within the Uni
States & now files his Plaintiff's Appeal to The U.S. Distr
Judge from The U.S. Magistrate Judge's Order of February 8, 200_
who, avers, deposes & states:

1. The Plaintiff, a state prisoner proceeding pro se
commenced this 42 U.S.C. §1983 action by filing a comp
on August 28, 2000. By order dated September 8, 2000, th
Plaintiff's application to proceed Informa pauperis was gr
and the Clerk of Court was directed to serve the plaintiff
complaint in accordance with Fed. R. Civ. P. 4.

2. On November 13, 2000, the defendant filed a moti
revoke the Plaintiff's In forma pauperis status and a mo
dismiss the complaint. On November 28, 2000, the defen
filed briefs in support of those motions.

3. On or About December 12, 2001, Plaintiff filed first motion for enlargement of time to file a brief opposition to Defendants' Motion to Revoke Plaintiff's In Forma Pauperis status and a brief in opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, herein, which this court granted on December 19, 2000, allowing Plaintiff an enlargement of time until January 25, 20__

4. On or About January 23, 2001, the Plaintiff filed his Second Motion For Enlargement of Time to file brief opposition to Defendant's Motion to Revoke Plaintiff's Forma Pauperis Status and Motion to Dismiss Plaintiff's Complaint, herein, which this court denied, without giving any reason(s) as to why it denied such, on February 2,

5. This is the Plaintiff's Appeal to the U.S. District Judge From The U.S. Magistrate Judge's order of February __ 2001, filed now, herein this case.

6. Plaintiff, in his Second Motion For Enlargement of January 23, 2001, at Paragraph No. 6, stated, as grounds for such motion the following facts, as stated by him:

"Due to the fact(s) that on January 10, 2001, Plaintiff John Richard Jae, had another mental health relapse and snapped out and tried to kill himself by trying to have

himself from his cell heating vent and cut his right a
and rubbed feces all over himself and his cell walls
was hearing voices, he was taken out of the smu(?)
in a cell in the Medical observation Area at SC
& then on January 14, 2001, talked with Dr. Ismael, (psyc
psychiatrist) who told Plaintiff that he felt Plaintiff wa
unstable and may be starting to become psychotic and he as
plaintiff if he wanted to sign a voluntary mental hea
committment to go to the mental health Unit (MHU)
SCI-Pittsburgh & the Plaintiff replied yes he did th
sign such committment papers and on January 18, 2
plaintiff was transferred to the MHU at SCI-Pittsbu
and also due to the fact(s) that Plaintiff Jae is in the m
health unit at SCI-Pittsburgh and his files & paper
this case are up at SCI-Greene in his property
that plaintiff does not know how long he will be stayin
the MHU at SCI-Pittsburgh, as there is no time f
anymore on how long an inmate can stay there in the MHU-Pl
is unable to file & serve his Reply Brief in opposition t
Defendant's Motion to Dismiss Plaintiff's Complaint an
Reply Brief in opposition to Defendant's Motion to Revoke Plai
in Forma Pauperis status, herein this case, by the present
date for such of January 25, 2001, & thus, he requeste
(60) Sixty day enlargement of time to & including March 25, 2
which to file & serve his Reply Brief in opposition to Defendant's Motion
Dismiss Plaintiff's Complaint and Reply Brief in opposition to Defen

Motion To Revoke Plaintiff's In Forma Pauperis Status.

7. That, given the above & foregoing reason(s) Plaintiff's Second Motion For Enlargement of Time herein, that it "is" ludicrous to have expected this plaintiff to file his Reply Briefs in this case, by January 25, 2001, as he does "not" have his files & Papers in this case, which he needs in order to enable him to file such Reply Briefs, herein.

8. That, based upon the above & foregoing facts, arguments, and upon the fact that the U.S. Magistrate Judge fails to state any reason(s) at all as to why he denied Plaintiff's Second Motion For Enlargement of Time, in his February 2, 2001, Order, herein, and given that by denying Plaintiff's unopposed Second Motion Enlargement of Time, the U.S. Magistrate Judge has illegally & unconstitutionally preventent this plaintiff from filing his Reply Briefs In Opposition To Defendants Motions to Dismiss Plaintiff's complaint, and to Revoke Plaintiff's In Forma Pauperis Status and has left such motions unopposed which will cause him to consider such exparte communication from the Defendant, herein, in violation of the controlling law and thus, he "has" clearly abused his discretion,

authority &"has" shown favoritism toward the Defendant, herein, and that Plaintiff's Reply Brief as Opposition, herein, would show, that by law, the Defendant's Motion to Dismiss Plaintiff's complaint and Motion to Revoke Plaintiff's In Forma Pauperis Status, would have been denied, herein, the U.S. Magistrate Judge's Order of Feb. 2, 2001, denying, Plaintiff's Second Motion For Enlargement Of Time, "was" & "Is" contrary to the controlling Federal law and to the doctrines of equal justice & fundamental, and "must" be reversed by the U.S. District Judge, herein this case, on appeal.

(W) HEREFORE, Plaintiff John Richard Jae, prays, that the U.S. District Judge will grant this appeal, and reverse the U.S. Magistrate Judge's Order of Feb. 2, 2001, and grant the Plaintiff's Second Motion For Enlargement of Time, here in this case:

AND HE SHALL EVER PRAY.
RESPECTFULLY SUBMITTED,

(S) _____
MR. JOHN RICHARD JAE,
#BQ-3919,
SCI-Pittsburgh
P.O. Box 9901,
Pittsburgh, PA. 15233-09

Dated: 11th FEBRUARY 2001:

Plaintiff and Pro Se Couns

From The Desk Of:
MR - John Richard Doe,
#BQ-3219
SCI - Pittsburgh
P.O. 9990
Pittsburgh, PA. 15233-0001
February 13, 2001

TO: The Office of the Clerk,
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

Re: Doe vs. Wexford Health Services, Inc.,
Civil No. 1: CV-00-1534

Dear Clerk:

Please file Plaintiff's Appeal To The U.S. District Judge From The U.S. Magistrate Judge's Order Of February 2, 2001 herein the above-entitled Civil Rights Action and send same up to Judge Rambo for her ruling/decision thereon such:

Sincerely,

(s) _____ John Richard Doe
MR. JOHN RICHARD DOE,
Plaintiff and Pro Se Counsel

CC: MR. James D. Young, Esquire
W/encl.

FILED
HARRISBURG, PA
FEB 16 2001
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

Jae vs. Wexford Health Services Inc.,
Civil No. 1:CV-00-1534
<u>CERTIFICATE OF SERVICE</u>

I Certify under penalty of perjury that on 2-13-01, I

Caused to be mailed to the person listed below a true &

Correct carbon copy of the within Plaintiff's Appeal To The

District Judge From The U.S. Magistrate Judge's Order of

February 2, 2001, by 1st Class Mail, Postage Prepaid:

MR. James D. Young, Esquire
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
    Attorneys At Law
P.O. Box 1245
Harrisburg, PA. 17108-1245

Dated/Executed On:                    (s)  John Richard Jae
13th FEBRUARY 2001                    MR. JOHN RICHARD JAE,
At: Pittsburgh, Pennsylvania          Plaintiff and Pro Se Counsel