From The Desk of:
MR. John Richard Joe,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA-15370-8089
February 25, 2001

FILED
HARRISBURG

MAR 01 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

To: The Office Of The Clerk,
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA-17108-0983

Re: Joe vs. Kyler, et al.,
CIVIL No-1=CV-00-0815

Re: Joe VS. Clark, et al.,
CIVIL No-1=CV-00-1090

Re: Joe vs. Wexford Health Services, Inc.,
CIVIL No-1=CV-00-1554

Re: Joe vs. Domovich, et al.,
CIVIL No-1=CV-00-2123
and=

Re: Joe VS. Corrections Officer Lester,
CIVIL No-1=CV-01-0041

Dear Clerk=
Please be advised that effective imm___

the Plaintiff's address of record in each of the ab___
captioned civil cases is changed back to=MR ___
Richard Joe,#BQ-3219,SCI-Greene/SMU,175 Progress ___
Waynesburg, PA-15370-8089=

Sincerely,

John Richard Joe
MR. JOHN RICHARD JOE,
Plaintiff, Pro Se, Pla___

CC= MR. James D-Young, Esq (S)
MR. Robert M. Uhler, Esq