JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | CIVIL ACTION NO. 1:CV-00-1534 |
| Plaintiff | (Judge Rambo) |
| | (Magistrate Judge Smyser) |
| v. | |
| WEXFORD HEALTH SERVICES, INC., | FILED |
| | HARRISBURG, PA |
| Defendant | |
| | JUN 2 0 2001 |
| | MARY E. D'ANDREA, CLERK |
| | PER _____ DEPUTY CLERK |

ORDER

Before the court is a report of the magistrate judge recommending that the captioned action be dismissed for Plaintiff's failure to pay the required filing fee. To date, no objections have been filed.[1] Accordingly, upon review of the record and applicable law,

**IT IS HEREBY ORDERED THAT:**

    1) The court adopts the report and recommendation of Magistrate Judge Smyser.

    2) The captioned action is dismissed.

    3) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

    4) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: June 20, 2001.

Certified from the record
Date 6-20-01
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

---

[1] Objections to the report and recommendation were due no later than June 15, 2001.